# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY PHILLIPS,                          :     Civil No. 3:17-cv-1591
                                           :
        Plaintiff                   :     (Judge Mariani)
                                           :
    v.                                   :
                                           :
SUPERINTENDENT KERESTES, *et al.*,         :
                                           :
        Defendants                  :

## ORDER

**AND NOW**, this _1st_ day of May, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 3) to appoint counsel is **DENIED** without prejudice.


Robert D. Mariani
United States District Judge