# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PHILLIPS, | : | Civil No. 3:17-cv-1591 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT KERESTES, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 20th day of August, 2019, upon consideration of Defendants' motion (Doc. 26) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 26) is **DENIED** with respect to the Eighth Amendment excessive force claim against Defendants Eugene Kabilko, Ryan Reese, and Damian Joy.

2. The motion (Doc. 26) is **GRANTED** as follows:

    a. The motion is **GRANTED** with respect to Plaintiff's claim that Defendants Eugene Kabilko, Ryan Reese, and Damian Joy violated prison policies.

    b. The motion is **GRANTED** with respect to the Eighth Amendment deliberate indifference claim, and the Americans with Disabilities Act claim against all Defendants.

    c. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants John Kerestes, Hugh Beggs, Kevin Clark, Charles Butts, Thomas Connors, James Murphy, and Joseph Holly. The Clerk of Court is directed to **TERMINATE** John Kerestes, Hugh Beggs, Kevin Clark, Charles Butts, Thomas Connors, James Murphy, and Joseph Holly as parties to this action.

_____
Robert D. Mariani
United States District Judge